UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 29 2010
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| KEDIST GIRMA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) 10 1091 ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Because of an apparent dispute between plaintiff and Howard University with respect to her medical and academic records, plaintiff demands that defendant "delete all student loans [she] owe[s] to Howard University – simply because there now seems to be a confusion as to the time [she] attended Howard University." Compl. at 1. Absent from the complaint is any allegation pertaining to the actions or omissions of the named defendant. It does not appear that the complaint, as drafted, sets forth a short and plain statement showing plaintiff's entitlement to the relief she seeks. An Order consistent with this Memorandum Opinion is issued separately.

/s/
United States District Judge

DATE: June 21, 2010